Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-332

**Effective Date of Registration:**
November 24, 2023
**Registration Decision Date:**
February 05, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Spot of tea |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2009 |
| **Date of 1st Publication:** | September 24, 2009 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Brian Rubenacker |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Brian Rubenacker |
| | 1342 Hiller Rd, Waterford, MI, 48327, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Brian Rubenacker |
| **Email:** | brianrubenacker@gmail.com |
| **Address:** | 1342 Hiller Rd |
| | Waterford, MI 48327 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | November 24, 2023 |
| **Applicant's Tracking Number:** | BR2023112401 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-949-924

**Effective Date of Registration:**
February 03, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | BT bath time, et al. |
| **Content Title:** | BT bath time |
| | American gentleman |
| | yellow rocket |
| | blue rocket |
| | 3 bt's and a frenchie |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | February 27, 2006 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | brian rubenacker |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1972 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | brian rubenacker |
| | 1342 Hiller Rd., Waterford, MI, 48327 |

## Rights and Permissions

| | |
|---|---|
| **Name:** | brian rubenacker |
| **Email:** | brianrubenacker@gmail.com |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-293

**Effective Date of Registration:**
November 24, 2023
**Registration Decision Date:**
February 05, 2024

---

## Title

**Title of Work:** Sleepy dog towel, dachshund

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** June 04, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Brian Rubenacker
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brian Rubenacker
1342 Hiller Rd, Waterford, MI, 48327, United States

## Rights and Permissions

**Name:** Brian Rubenacker
**Email:** brianrubenacker@gmail.com
**Address:** 1342 Hiller Rd
Waterford, MI 48327 United States

## Certification

**Name:** David Denholm
**Date:** November 24, 2023
**Applicant's Tracking Number:** BR2023112403

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-381-482

**Effective Date of Registration:**
November 24, 2023
**Registration Decision Date:**
February 06, 2024

---

## Title

**Title of Work:** Sleepy dog towel, boston terrier

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 31, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Brian Rubenacker
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Brian Rubenacker
1342 Hiller Rd, Waterford, MI, 48327, United States

## Rights and Permissions

**Name:** Brian Rubenacker
**Email:** brianrubenacker@gmail.com
**Address:** 1342 Hiller Rd
Waterford, MI 48327 United States

## Certification

**Name:** David Denholm
**Date:** November 24, 2023
**Applicant's Tracking Number:** BR2023112402



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-381-478**

**Effective Date of Registration:**
November 24, 2023
**Registration Decision Date:**
February 06, 2024

---

### Title

**Title of Work:** Dachshund bone thieves

### Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** August 07, 2008
**Nation of 1st Publication:** United States

### Author

- **Author:** Brian Rubenacker
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Brian Rubenacker
1342 Hiller Rd, Waterford, MI, 48327, United States

### Rights and Permissions

**Name:** Brian Rubenacker
**Email:** brianrubenacker@gmail.com
**Address:** 1342 Hiller Rd
Waterford, MI 48327 United States

### Certification

**Name:** David Denholm
**Date:** November 24, 2023
**Applicant's Tracking Number:** BR2023112404

Page 1 of 2

