IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN RUBENACKER,<br><br> Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br> Defendants. | Case No.: 1:24-cv-02389<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Beth W. Jantz |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 39 | Sunshine Lvkes |
| 40 | 宜昌市夷陵区趁恬贸易行(个人独资) |
| 49 | mingwuyushangmaoyouxiangongsi |
| 56 | chenyuyuchen |

DATED: May 16, 2024      Respectfully submitted,

              */s/ Keith A. Vogt*
              Keith A. Vogt (Bar No. 6207971)
              Keith Vogt, Ltd.
              33 W. Jackson Blvd., #2W
              Chicago, Illinois 60604
              Telephone:312-971-6752
              E-mail: keith@vogtip.com

              ***ATTORNEY FOR PLAINTIFF***

2

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 16, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt